1  MELINDA S. RIECHERT, State Bar No. 65504
   BRIAN L. JOHNSRUD, State Bar No. 184474          **E-filed 10/4/05**
2  ALEXANDER NESTOR, State Bar No. 202795
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2212
   Telephone: 650.843.4000
5  Facsimile:  650.843.4001
   E-mail: mriechert@morganlewis.com
6
   Attorneys for Defendant
7  SOUTHWALL TECHNOLOGIES, INC.

8
   CURTIS G. OLER, State Bar No. 63689
9  Law Offices of Curtis G. Oler
   Post Office Box 15083
10 San Francisco, CA 94115
   Telephone: 415.346.8015
11 Facsimile:  415.346.8238

12 Attorney for Plaintiff
   CHARLES I. IKEKWERE
13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 CHARLES I. IKEKWERE,                   | Case No.  C-04-00027-JF

18            Plaintiff,                  | **[PROPOSED] STIPULATED ORDER
                                          | TO CONTINUE CASE MANAGEMENT
19     vs.                                | CONFERENCE**

20 SOUTHWALL TECHNOLOGIES, INC., and
   DOES 1 through 25,
21
              Defendants.
22

23

24

25

26

27

28

1-PA/3560578.1                                                C-04-00027-JF

1  WHEREAS, on July 15, 2005, this Court ordered the parties to appear for a Case
2  Management Conference on October 14, 2005, after having completed discovery and an Early
3  Settlement Conference with Magistrate Seeborg;
4  WHEREAS, the parties need two more months to complete discovery and schedule an
5  Early Settlement Conference with Magistrate Seeborg;
6  THEREFORE, the parties, through their undersigned counsel, hereby stipulate, and
7  request an order from the Court, to continue the Case Management Conference, currently
8  scheduled for October 14, 2005, to December 16, 2005.

10  Dated: September 27, 2005        MORGAN, LEWIS & BOCKIUS LLP

12                                   By _____
                                        Alexander Nestor
13                                      Attorneys for Defendant
                                        Southwall Technologies, Inc.

15  Dated: September 27, 2005        LAW OFFICE OF CURTIS G. OLER

17                                   By _____
                                        Curtis G. Oler
18                                      Attorneys for Plaintiff
                                        Charles I. Ikekwere

### ORDER

22  IT IS ORDERED that the Case Management Conference in this matter be continued from
23  October 14, 2005 to December 16, 2005.

    October 4, 2005
25  Dated: September ___, 2005       /s/electronic signature authorized
                                     _____
                                     Honorable Jeremy Fogel

1-PA/3560578.1                       1                           C-04-00027-JF

[PROPOSED] STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

** TOTAL PAGE.03 **