BRIAN L. JOHNSRUD, State Bar No. 184474
ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
SOUTHWALL TECHNOLOGIES, INC.


CURTIS G. OLER, State Bar No. 63689
Law Offices of Curtis G. Oler
Post Office Box 15083
San Francisco, CA 94115
Telephone: 415.346.8015
Facsimile: 415.346.8238
E-mail: c.oler@worldnet.att.net

Attorney for Plaintiff
CHARLES I. IKEKWERE

**E-filed 3/2/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES I. IKEKWERE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SOUTHWALL TECHNOLOGIES, INC., and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No. C-04-00027-JF<br><br>[PROPOSED] STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT SOUTHWALL TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3577513.1          1          [PROPOSED] STIPULATION TO MODIFY
BRIEFING SCHEDULE
CASE NO. C-04-00027 JF

1   WHEREAS, the hearing on Defendant Southwall Technologies, Inc.'s motion for
2   summary judgment is scheduled for March 24, 2006;
3   WHEREAS, Defendant timely filed its motion for summary judgment on February 17,
4   2006;
5   WHEREAS, Plaintiff Charles I. Ikekwere's opposition papers are due March 3, 2006;
6   WHEREAS, Plaintiff would like an extension of time to March 6, 2006, to file his
7   opposition papers;
8   WHEREAS, Defendant is willing to permit Plaintiff to file his opposition papers on
9   March 6, 2006, if Defendant is permitted to file its reply papers on March 13, 2006;
10   THEREFORE, the parties, through their undersigned counsel, hereby stipulate, and
11   request an order from the Court, to modify the briefing schedule for Defendant's motion for
12   summary judgment as follows:
13   1) Plaintiff will file his opposition papers on March 6, 2006, rather than March 3, 2006;
14   2) Defendant will file its reply papers on March 13, 2006, rather than March 10, 2006;
15   3) The March 24, 2006 hearing date will remain unchanged.

Dated: February 27, 2006                MORGAN, LEWIS & BOCKIUS LLP

                                        By _____
                                        Alexander Nestor
                                        Attorneys for Defendant
                                        Southwall Technologies, Inc.

Dated: February 28, 2006                LAW OFFICE OF CURTIS G. OLER

                                        By _____
                                        Curtis G. Oler
                                        Attorneys for Plaintiff
                                        Charles I. Ikekwere

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3577513.1                    2                    [PROPOSED] STIPULATION TO MODIFY
                                                        BRIEFING SCHEDULE
                                                        CASE NO. C-04-00027 JF

**ORDER**

IT IS SO ORDERED.

Dated:  March _2_, 2006

_____
Honorable Jeremy Fogel