\*\*E-filed 6/28/06\*\*

BRIAN L. JOHNSRUD, State Bar No. 184474
ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendant
SOUTHWALL TECHNOLOGIES, INC.

CURTIS G. OLER, State Bar No. 63689
Law Offices of Curtis G. Oler
Post Office Box 15083
San Francisco, CA 94115
Telephone: 415.346.8015
Facsimile: 415.346.8238
E-mail: c.oler@worldnet.att.net

Attorney for Plaintiff
CHARLES I. IKEKWERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES I. IKEKWERE,<br><br>            Plaintiff,<br><br>    vs.<br><br>SOUTHWALL TECHNOLOGIES, INC., and DOES 1 through 25,<br><br>            Defendants. | Case No.  C-04-00027-JF<br><br>[PROPOSED] STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THE JOINT PRETRIAL CONFERENCE STATEMENT |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3593490.1

1

[PROPOSED] STIPULATION TO EXTEND
PRETRIAL CONFERENCE STATEMENT
DEADLINE -- CASE NO. C-04-00027 JF

1  WHEREAS, the Pretrial Conference in this action is scheduled for July 14, 2006 at 11:00
2  a.m.;
3  WHEREAS, pursuant to the Court's Standing Order Re Pretrial Preparation, the parties'
4  last day to file the Joint Pretrial Conference Statement is ten court days prior to the Pretrial
5  Conference or June 29, 2006;
6  WHEREAS, the parties are still finishing certain expert discovery and need some
7  additional time to file a complete Joint Pretrial Conference Statement;
8  THEREFORE, the parties, through their undersigned counsel, hereby stipulate, and
9  request an order from the Court, to extend the deadline for the parties to file the Joint Pretrial
10 Conference Statement until July 5, 2006.

Dated: June 23, 2006                MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                        Alexander Nestor
                                        Attorneys for Defendant
                                        Southwall Technologies, Inc.

Dated: June 23, 2006                LAW OFFICE OF CURTIS G. OLER

                                    By _____
                                        Curtis G. Oler
                                        Attorneys for Plaintiff
                                        Charles I. Ikekwere

                                    **ORDER**

IT IS SO ORDERED.

Dated: June __27__ 2006             _____
                                        Honorable Jeremy Fogel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3593490.1                      2        [PROPOSED] STIPULATION TO EXTEND
                                             PRETRIAL CONFERENCE STATEMENT
                                             DEADLINE -- CASE NO. C-04-00027 JF

1   WHEREAS, the Pretrial Conference in this action is scheduled for July 14, 2006 at 11:00
2   a.m.;
3   WHEREAS, pursuant to the Court's Standing Order Re Pretrial Preparation, the parties'
4   last day to file the Joint Pretrial Conference Statement is ten court days prior to the Pretrial
5   Conference or June 29, 2006;
6   WHEREAS, the parties are still finishing certain expert discovery and need some
7   additional time to file a complete Joint Pretrial Conference Statement;
8   THEREFORE, the parties, through their undersigned counsel, hereby stipulate, and
9   request an order from the Court, to extend the deadline for the parties to file the Joint Pretrial
10  Conference Statement until July 5, 2006.

11
12  Dated: June 23, 2006                         MORGAN, LEWIS & BOCKIUS LLP
13
14                                               By _____
15                                                  Alexander Nestor
                                                    Attorneys for Defendant
                                                    Southwall Technologies, Inc.
16
17
18  Dated: June 23, 2006                         LAW OFFICE OF CURTIS G. OLER
19
20                                               By _____
                                                    Curtis G. Oler
21                                                  Attorneys for Plaintiff
                                                    Charles I. Ikekwere
22
23                              **ORDER**
24      IT IS SO ORDERED.
25
26  Dated: June ___, 2006                        _____
                                                 Honorable Jeremy Fogel
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3593490.1                          2          [PROPOSED] STIPULATION TO EXTEND
                                                   PRETRIAL CONFERENCE STATEMENT
                                                   DEADLINE -- CASE NO. C-04-00027 JF