United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12   CHARLES I. IKEKWERE,            )      Case No.: C 04-0027 JF (PVT)
                                     )
13              Plaintiff,           )      **ORDER DEEMING DEFENDANT'S**
                                     )      **MOTION FOR "ADMINISTRATIVE**
14        v.                         )      **RELIEF" TO BE A MOTION FOR**
                                     )      **RELIEF FROM THE DISCOVERY**
15   SOUTHWALL TECHNOLOGIES, INC.,   )      **CUTOFF TO TAKE DEPOSITION,**
                                     )      **AND MOTION TO SHORTEN TIME**
16              Defendant.           )      **ON SAID MOTION, AND SETTING**
     _____ )      **BRIEFING SCHEDULE**

17

18        On June 30, 2006, Defendant filed a document entitled "Motion for Administrative Relief for

19   an Order Permitting Southwall to Take Martha Minor's Videotaped Deposition on or Before July 10,

20   2006, Due to Serious Illness."  Defendant cites no authority for failing to comply with the notice

21   requirements of Civil Local Rule 7-2(a) along with either a stipulation or a motion to shorten time

22   under Civil Local Rule 6-2 or 6-3.  However, in light of the circumstances set forth in the moving

23   papers, the court will deem the motion to be a motion for leave from the discovery cutoff in order to

24   take the deposition of Martha Minor on or before July 10, 2006, and a motion to shorten time for

25   hearing that motion.  Based on the moving papers,

26        IT IS HEREBY ORDERED that the motion to shorten time is granted.

27        IT IS FURTHER ORDERED that, no later than 10:00 a.m. on July 7, 2006, Plaintiff shall file

28   any opposition to Defendant's motion for leave from the discovery cutoff in order to take the

**United States District Court**

For the Northern District of California

1   deposition of Martha Minor.  Plaintiff's opposition, if any, shall include detailed information about

2   Plaintiff's counsel's scheduling conflict.  The court will rule on the motion without oral argument.

3   Although this briefing schedule is short, Plaintiff was sent notice of the motion through the court's

4   ECF system on June 30, 2006, and the issue presented is not complex.

5   Dated: *7/5/06*

6

7                                    PATRICIA V. TRUMBULL
                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28