**E-filed 11/6/06**

1  BRIAN L. JOHNSRUD, State Bar No. 184474
   ALEXANDER NESTOR, State Bar No. 202795
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
4  Telephone: 650.843.4000
   Facsimile: 650.843.4001
5  E-mail: bjohnsrud@morganlewis.com

6  Attorneys for Defendant
   SOUTHWALL TECHNOLOGIES, INC.
7

8  CURTIS G. OLER, State Bar No. 63689
   Law Offices of Curtis G. Oler
9  Post Office Box 15083
   San Francisco, CA 94115
10 Telephone: 415.346.8015
   Facsimile: 415.346.8238
11 E-mail: c.oler@worldnet.att.net

12 Attorney for Plaintiff
   CHARLES I. IKEKWERE
13

14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA
16

17 CHARLES I. IKEKWERE,                  Case No. C-04-00027-JF
18           Plaintiff,                  **STIPULATION OF DISMISSAL WITH
                                         PREJUDICE OF ENTIRE ACTION**
19    vs.
                                         F.R.C.P. 41(A)(1)
20 SOUTHWALL TECHNOLOGIES, INC., and
   DOES 1 through 25,
21
             Defendants.
22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3609923.1                    1        STIPULATION OF DISMISSAL WITH
                                           PREJUDICE OF ENTIRE ACTION
                                           CASE NO. C-04-00027 JF

IT IS HEREBY STIPULATED by and between the parties to this action, and their designated counsel, that the above-captioned action, including all causes of action against all Defendants, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: October 24, 2006     MORGAN, LEWIS & BOCKIUS LLP

_____
Alexander Nestor
Attorneys for Defendant
Southwall Technologies, Inc.

Dated: October 25, 2006     SOUTHWALL TECHNOLOGIES, INC.

_____
George Boyadjieff, CEO
Southwall Technologies, Inc.

Dated: October 21, 2006     LAW OFFICE OF CURTIS G. OLER

_____
Curtis G. Oler
Attorneys for Plaintiff
Charles I. Ikekwere

Dated: October 21, 2006     CHARLES I. IKEKWERE

_____
Charles I. Ikekwere

## ORDER

The Court having considered the stipulation of the parties, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED.

November 6, 2006
Dated: ~~October _____, 2006~~

_____
Honorable Jeremy Fogel

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-BA/2600022.1                2                STIPULATION OF DISMISSAL WITH
                                               PREJUDICE OF ENTIRE ACTION
                                               CASE NO. C-04-00027 JF